UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON.COM, LLC and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01559-DJC-AC<br><br>**ORDER GRANTING STIPULATION FOR REFERRAL ORDER TO SETTLEMENT CONFERENCE AND CONTINUING PRE-TRIAL DEADLINES** |

Pursuant to the parties' Stipulation for Referral to Settlement Conference and Request for Continuance of Pre-Trial Deadlines (Dkt. No. 17) (the "Stipulation"), and good cause appearing therefor, the Court hereby GRANTS the Stipulation.

This matter is referred to a settlement conference before a Magistrate Judge to occur within the next sixty days.

Additionally, pre-trial deadlines are continued as followed:

| Deadline | Old Date/Time | New Date/Time |
|---|---|---|
| FACT DISCOVERY COMPLETION | 7/31/2023 | **9/29/2023** |
| EXPERT DISCLOSURE | 8/30/2023 | **10/30/2023** |
| REBUTTAL DISCLOSURE | 9/29/2023 | **11/30/2023** |
| EXPERT DISCOVERY COMPLETION | 10/30/2023 | **12/29/2023** |
| DEADLINE FOR ALL MOTIONS (except motions for continuances, temporary restraining orders, or other emergency applications) | 12/14/2023 | **2/15/2024** |
| PRETRIAL CONFERENCE | 6/27/2024 (1:30 PM) | **No Change** |
| TRIAL | 8/26/2024 (9:00 AM) | **No Change** |

**IT IS SO ORDERED**.

Dated:  June 28, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE